# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

JAY KIMPEL,
Inmate Booking No. 12560056,

        Plaintiff,

vs.

SAN DIEGO COUNTY JAIL DOCTORS,

        Defendants.

Civil No.   12-1384 LAB (BGS)

**ORDER DISMISSING CIVIL ACTION AS DUPLICATIVE PURSUANT TO 28 U.S.C. § 1915A(b)(1)**

Plaintiff, currently housed at the Vista Detention Facility and proceeding pro se, has filed a civil rights Complaint pursuant to 42 U.S.C. §1983. Plaintiff has not prepaid the $350 filing fee mandated by 28 U.S.C. § 1914(a); instead, he has filed a Motion to Proceed *In Forma Pauperis* ("IFP") [ECF No. 10].

**I.    Sua Sponte Screening Pursuant to 28 U.S.C. § 1915A(b)**

The Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915A, obligates the Court to review complaints filed by anyone "incarcerated or detained in any facility who is accused of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions

1  of parole, probation, pretrial release, or diversionary program," "as soon as practicable after
2  docketing" and regardless of whether the prisoner prepays filing fees or moves to proceed IFP.
3  *See* 28 U.S.C. § 1915A(a), (c). The Court must sua sponte dismiss prisoner complaints, or any
4  portions thereof, which are frivolous, malicious, or fail to state a claim upon which relief may
5  be granted. 28 U.S.C. § 1915A(b); *Resnick v. Hayes*, 213 F.3d 443, 446-47 (9th Cir. 2000).

6  Plaintiff's instant Complaint is subject to sua sponte dismissal pursuant to 28 U.S.C.
7  § 1915A(b)(1) because it appears to be duplicative of a case Plaintiff is currently litigating.
8  Plaintiff's Complaint contains identical claims that are found in *Kimpel v. San Diego County Jail*
9  *GBDF, et al.*, S.D. Cal. Civil Case No. 12cv1383 BTM (BGS). A court "may take notice of
10 proceedings in other courts, both within and without the federal judicial system, if those
11 proceedings have a direct relation to matters at issue." *United States ex rel. Robinson Rancheria*
12 *Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992).

13 A prisoner's complaint is considered frivolous under 28 U.S.C. § 1915A(b)(1) if it
14 "merely repeats pending or previously litigated claims." *Cato v. United States*, 70 F.3d 1103,
15 1105 n.2 (9th Cir. 1995) (construing former 28 U.S.C. § 1915(d)) (citations and internal
16 quotations omitted). Because Plaintiff is already litigating the same claims presented in the
17 instant action in *Kimpel v. San Diego County Jail GBDF, et al.*, S.D. Cal. Civil Case No.
18 12cv1383 BTM (BGS), the Court hereby **DISMISSES** Civil Case No. 12cv1384 LAB (BGS)
19 pursuant to 28 U.S.C. § 1915A(b)(1). *See Cato*, 70 F.3d at 1105 n.2; *Resnick*, 213 F.3d at 446
20 n.1.

21 **II.    Conclusion and Order**

22 Good cause appearing, **IT IS HEREBY ORDERED** that:

23 Plaintiff's Complaint in Civil Case No. 12cv1384 LAB (BGS) is **DISMISSED** as
24 frivolous pursuant to 28 U.S.C. § 1915A(b)(1). Plaintiff's Motion for Leave to Proceed IFP is
25 **DENIED** as moot. The Clerk shall close the file.

26 **IT IS SO ORDERED.**

27 DATED: September 26, 2012              *Larry A. Burns*

28                                         **HONORABLE LARRY ALAN BURNS**
                                           United States District Judge